# United States District Court
## Southern District of Georgia

Vantage Tower Group, LLC,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV413-258,

Chatham County-Savannah Metropolitan Planning
Commission and Mayor and Alderman of the City
of Savannah, Georgia,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 1/20/15, granting the Plaintiff's motion for summary judgment, judgment is hereby entered dismissing the case.

1/21/15
Date



Scott L. Poff
Clerk

(By) Deputy Clerk